THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MURPHY, Appellant, v. ROBERT L. MORAN, Sheriff of Bronx County, and Others, Respondents.— Order

affirmed. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.